JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HOVHANNES BEORKYUBEYUKYAN, Petitioner, v. TODD LYONS, et al., Respondents. | Case No. 5:26-cv-03742-AYP **JUDGMENT** |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (“Petition”) is GRANTED.

DATED: October 23, 2026

ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE